IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOHAMED BASEL ASWAD,

Petitioner,

v.                                                                No. CV 16-505 KG/GJF

JEH JOHNSON, et al.,

Defendants.

FINAL ORDER OF DISMISSAL

Having sustained Defendants' Objections to the Magistrate Judge's Proposed Findings and Recommended Disposition, granted Defendants' Motion to Dismiss, and having determined that all of Petitioner's claims against Defendants will be dismissed with prejudice by an Order Sustaining Objections to Magistrate Judge's Proposed Findings and Recommended Disposition entered contemporaneously with this Final Order of Dismissal.

IT IS ORDERED that, Petitioner's Amended Petition for Hearing on Naturalization (Doc. 18), filed September 16, 2016, is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE